UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-cr-00214-JG-8 |
| Plaintiff, | ORDER |
| v. | |
| BRIAN SINGLETON, | |
| Defendant. | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Defendant Brian Singleton is currently serving a 140-month sentence for conspiracy to possess with intent to distribute and to distribute heroin.

In sentencing Defendant Singleton, the Court ordered credit for Defendant's time in state custody.[1]

Defendant now moves for a correction to his judgment order.[2] Defendant argues that he is not receiving credit for his time served in state custody.

The Court **ORDERS** the government to respond to Defendant's motion within 7 days of this order.

IT IS SO ORDERED.

Dated: March 31, 2022

s/ James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 647 at 2; Doc. 635 at 2.
[2] Doc. 1311.